AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
10/27/2025
Clerk, U.S. District Court
Western District of Texas

By: _____AQ_____
Deputy

| | |
|---|---|
| USA | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: **EP:25-M -05938(1)  LE** |
| **(1) CARLOS ALBERTO VENTURA-DOMINGUEZ** | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 25, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title    **8**    United States Code, Section(s)    **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: " *In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and* "Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/S/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

October 27, 2025
File Date

at    EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 01:11 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -05938(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) CARLOS ALBERTO VENTURA-DOMINGUEZ**

*FACTS   (CONTINUED)*

557.

The DEFENDANT, Carlos Alberto VENTURA-Dominguez, an alien to the United States and a citizen of HONDURAS was found at or near the intersection of Francis Street and Border Highway Loop 375 in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of HONDURAS, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to HONDURAS on 04/21/2023  through ALEXANDRIA, LA.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

**The DEFENDANT has been removed 2 times, the last one being to HONDURAS on April 21, 2023, through ALEXANDRIA, LA**

CRIMINAL HISTORY:

**07/09/2012, BRACKETVILLE, TX, 8 USC 1325 ENTRY WITHOUT INSPECTION(M), CNV, 10 DAYS CONFINEMENT.**